CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 19 2019
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CANDI M. LUMPKIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00030 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I deny Plaintiff Candi Lumpkin's ("Plaintiff") Motion for Summary Judgment/Motion to Remand [ECF No. 17], grant the Commissioner's Motion for Summary Judgment [ECF No. 19], and affirm the Commissioner's decision. The R&R was filed on July 31, 2018 [ECF No. 21], and Plaintiff filed an objection on August 28 [ECF No. 24]. The Commissioner responded [ECF No. 25], and the matter is now ripe for review. See Fed. R. Civ. P. 72(b). After careful review and consideration, and for the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Objections are hereby **OVERRULED**, the R&R is **ADOPTED IN ITS ENTIRETY**, Plaintiff's Motion for Summary Judgment/Motion to Remand is **DENIED**, and the Commissioner's Motion for Summary Judgment is **GRANTED**. The clerk is directed to **CLOSE** this case.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to all counsel of record as well as to Magistrate Judge Hoppe.

**ENTERED** this 19th day of March, 2019.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE